353 A.2d 426
**COMMONWEALTH of Pennsylvania**
**v.**
**Steven Barry NORTHINGTON, Appellant.**

Supreme Court of Pennsylvania.
Submitted June 27, 1975.
Decided March 17, 1976.

Paul Yermish, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appellant was convicted of murder in the first degree and sentenced to life in prison. This appeal followed denial of post-verdict motions.

■■ Appellant contends (1) that certain pre-trial statements made by him were improperly elicited from a defense witness during cross-examination by the prosecution; (2) that the evidence was insufficient to sustain a verdict of murder in the first degree; and (3) that the prosecution acted unfairly in seeking a verdict of murder in the first degree, because some of appellant's co-defendants were prosecuted for murder in the second degree. We have examined the issues raised and conclude that they are without merit.

Judgment of sentence affirmed.